UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

**FILED**
DEC - 8 2009
CLERK
U.S. BANKRUPTCY COURT
By _____ DEPUTY CLERK

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Robert Huntsman
CASE NUMBER: 06-00009 DMD

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Robert Huntsman "/ debtor POB 671251 Chugiak AK 99567 | | 29.14 |
| (1) check to debtor's attorney never cashed | 20629 | 29.14 $ |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____
TOTAL: $ 29.14

DATE: 11/17/09

TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE